UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIGHTINGALE HEALTHCARE LLC, a Washington Company doing business as Arlington Health and Rehabilitation; DONALD STALLINGS,<br><br>Defendants. | CASE NO. 2:25-cv-00751-JHC<br><br>ORDER |

The Court has reviewed Plaintiff National Fire & Marine Insurance Company's complaint, Dkt. # 1, and concludes that it does not establish subject matter jurisdiction over this action. Plaintiff asserts that the Court's jurisdiction is based on diversity of citizenship, 28 U.S.C. § 1332.[1] *Id.* at 2. For purposes of assessing diversity jurisdiction, a court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props.*

---

[1] Plaintiff also asserts jurisdiction under the Declaratory Judgment Act, 28 U.S.C. § 2201, but "[a] lawsuit seeking federal declaratory relief must . . . fulfill statutory jurisdictional prerequisites." *Gov't Emps. Ins. Co. v. Dizol*, 133 F.3d 1220, 1222–23 (9th Cir. 1998).

ORDER - 1

*Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Plaintiff does not identify the members of Defendant Nightingale Healthcare LLC or their domiciles.

Thus, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  If Plaintiff fails to provide the court with the information described above within seven (7) days of this order, the case will be dismissed without prejudice.

Dated this 28th day of April, 2025.

John H. Chun
United States District Judge

ORDER - 2