UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>NIGHTINGALE HEALTHCARE, LLC, a Washington Company, d/b/a ARLINGTON HEALTH AND REHABILITATION; and DONALD STALLINGS,<br><br>Defendants. | NO. 2:25-cv-000751-JHC<br><br>ORDER GRANTING PLAINTIFF NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION FOR CONTINUANCE OF DEADLINE TO RESPOND TO DEFENDANT DONALD STALLINGS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: DECEMBER 26, 2025 |

THIS MATTER having come before the Court on Plaintiff National Fire and Marine Insurance Company, as administered by MedPro Group, Inc.'s ("MedPro"), Motion for Continuance of Deadline to Respond to Defendant Stallings' Motion for Partial Summary Judgement. Dkt. # 35.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff MedPro's Motion for Continuance of Deadline to Respond to Defendant Stallings' Motion for Partial Summary Judgment is GRANTED;

2. The deadline for MedPro to respond to Defendant Stallings' Motion for Partial Summary Judgment shall be continued until such time as MedPro obtains Answers and Responses to its First Set of Requests for Admissions, completes the depositions of Pete Wolkins and Heather Jensen, and is given a reasonable amount of time to meaningfully conduct discovery following MedPro's responses to Stallings' First Set of Discovery, Second Set of Requests for Production, Second Set of Interrogatories, and Third Set of Requests for Production. MedPro will set the depositions of Pete Wolkin and Heather Jensen on or before April 1, 2026; and

3. On or before April 1, 2026, MedPro and Defendants will confer to prepare a Stipulation and Proposed Order for submission to the Court regarding a briefing schedule as to the parties' anticipated cross motions for summary judgment.

4. The Court DIRECTS the Clerk to renote the motion at Dkt. # 31 for April 1, 2026, as a placeholder. After conferring, the parties may jointly move for a different noting date.

DATED this 5th day of January, 2025.

_____
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF NATIONAL FIRE & MARINE
INSURANCE COMPANY'S MOTION FOR CONTINUANCE OF
DEADLINE - 2
CASE NO. 2:25-cv-000751-JHC