UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurer,

                Plaintiff,

     v.

NIGHTINGALE HEALTHCARE, LLC, a Washington Company, d/b/a ARLINGTON HEALTH AND REHABILITATION; and DONALD STALLINGS,

                Defendants.

NO. 2:25-cv-000751-JHC

ORDER CONTINUING TRIAL

THIS MATTER comes before the Court on the parties' Stipulated Motion for Continuance of Trial Date and Related Dates.  Dkt. # 53.  Finding good cause, and given the Court's trial calendar, trials in this matter is CONTINUED to **January 19, 2027**.  The Clerk is DIRECTED to issue an order that reflects the Court's standard pretrial schedule (beginning with deadlines that have not passed under the previous schedule at Dkt. # 24).

DATED this 20th day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER CONTINUING TRIAL
SCHEDULE - 1
Case No. 2:25-cv-000751-JHC