UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurer, | NO. 2:25-cv-000751-JHC |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION RE: BRIEFING SCHEDULE |
| v. | |
| NIGHTINGALE HEALTHCARE, LLC, a Washington Company, d/b/a ARLINGTON HEALTH AND REHABILITATION; and DONALD STALLINGS, | |
| Defendants. | |

This matter comes before the Court on the Parties' "Stipulation of Briefing Schedule." Dkt. # 55. The Court GRANTS the stipulated motion and approves the parties' proposed schedule. The Court DIRECTS the Clerk to re-note the motion at Dkt. #31 for June 26, 2026.

DATED this 2nd day of April, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER GRANTING STIPULATED MOTION RE:
BRIEFING SCHEDULE - 1
CASE NO. 2:25-cv-000751-JHC