The Honorable Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL FIRE & MARINE INSURANCE
COMPANY, a foreign insurer,

Plaintiff,

v.

NIGHTINGALE HEALTHCARE, LLC, a Washington
Company d/b/a ARLINGTON HEALTH AND
REHABILITATION; and DONALD STALLINGS,

Defendants.

DONALD STALLINGS,

Counterclaim Plaintiff,

v.

NATIONAL FIRE & MARINE INSURANCE
COMPANY, a foreign insurer,

Counterclaim Defendant.

No. 2-25-cv-00751

**[PROPOSED] ORDER ON COUNTERCLAIM PLAINTIFF DONALD STALLINGS' MOTION TO COMPEL PRODUCTION OF THE ENTIRE CLAIM FILE**

**NOTE ON MOTION CALENDAR: APRIL 24, 2026**

THIS MATTER, having come on for hearing on Counterclaim Plaintiff Donald Stallings' Motion to Compel Production of the Entire Claim File, and the Court having considered the records and files herein, the pleadings filed in support of and in opposition to said motion, including the following:

1.   Counterclaim Plaintiff Donald Stallings' Motion to Compel the Entire Claim File;

2.   Declaration of Henry G. Jones, with Exhibits;

ORDER ON STALLINGS' MOTION TO COMPEL - 1
CASE NO. 2-25-cv-00751

FRIEDMAN | RUBIN PLLP
1109 FIRST AVENUE, SUITE 501
SEATTLE WA 98101
(206) 501-4446

3.    Any documents filed in Opposition, if any;

4.    Any documents filed in Reply, if any;

5.    _____

6.    _____

7.    _____

and being otherwise fully advised in this matter the Court,

IT IS HEREBY ORDERED that Counterclaim Plaintiff Donald Stallings' Motion to Compel Production of the Entire Claim File is GRANTED.

Pursuant to Fed. R. Civ. Proc. 26(a)(1)(A)(II) and Counterclaim Plaintiff Donald Stallings' RFP No. 2 to Counterclaim Defendant National Fire & Marine Insurance Co. ("MedPro"), MedPro is hereby ordered to immediately produce the entire claim file[1] without redactions, within seventy-two (72) hours of this order.

_____

_____

_____

DATED this _____ day of _____, 2026.

_____
The Honorable Judge John H. Chun
UNITED STATES DISTRICT COURT JUDGE

---

[1] Counterclaim Plaintiff does not seek production of the claim handling notes concerning the retention of coverage counsel (MEDPRO_000001).

ORDER ON STALLINGS' MOTION TO COMPEL - 2
CASE NO. 2-25-cv-00751

FRIEDMAN | RUBIN PLLP
1109 FIRST AVENUE, SUITE 501
SEATTLE WA 98101
(206) 501-4446

*Presented by:*

FRIEDMAN │ RUBIN PLLP

By:      s/ *Henry G. Jones*
Henry G. Jones, WSBA No. 45684
hjones@friedmanrubin.com
Ronald J. Park, WSBA No. 54372
rpark@friedmanrubin.com
Richard Dykstra, WSBA No. 5114
rdykstra@friedmanrubin.com
Richard H. Friedman, WSBA No. 30626
rfriedman@friedmanrubin.com
Rachel M. Luke, WSBA No. 42194
rachel@friedmanrubin.com
Friedman | Rubin, PLLP
1109 1st Avenue, Suite 501
Seattle WA 98101
Tel:  206-501-4446
Fax:  206-623-0794

SULLIVAN LAW GROUP, PLLC

Brian M. Sullivan, WSBA No. 38066
brian@sullivanpllc.com
David W. Duce, WSBA No. 15064
David@sullivanpllc.com
Sullivan Law Group, PLLC
2932 Hoyt Avenue
Everett, WA  98201
Tel: 425-322-1076
Fax: 425-609-3760


*Attorneys for Defendant and Counterclaim*
*Plaintiff Donald Stallings*

ORDER ON STALLINGS' MOTION TO COMPEL - 3
CASE NO. 2-25-cv-00751

FRIEDMAN │ RUBIN PLLP
1109 First Avenue, Suite 501
Seattle WA  98101
(206) 501-4446

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the State of Washington that on this date I caused the foregoing document to be served via the Court's CM/ECF system and or electronic mail to the addresses listed below:

**COUNSEL NATIONAL FIRE & MARINE INSURANCE COMPANY:**

**Gordon Rees Scully Mansukhani**, 701 5th Ave., Ste. 2100, Seattle, WA  98104-7084
**Neal J. Philip,** WSBA No. 15554, nphilip@grsm.com
**Katharine Miller**, WSBA No. 57777, kmmiller@grsm.com
cc:    ktyson@grsm.com
       cmundy@grsm.com
       ddiaz@grsm.com

**COUNSEL FOR NIGHTINGALE HEALTHCARE LLC:**

**Corr Cronin, LLP**, 1015 Second Ave., Floor 10, Seattle, WA  98104
**Jack M. Lovejoy**, WSBA No. 36962, jlovejoy@corrcronin.com
**Jakob Goldfarb**, WSBA No. 62165, jgoldfarb@corrcronin.com
cc:    wcruz@corrcronin.com

DATED this 10th day of April, 2026.

_____
Jessica Vick, Paralegal
Friedman Rubin PLLP

ORDER ON STALLINGS' MOTION TO COMPEL - 4
CASE NO. 2-25-cv-00751

FRIEDMAN | RUBIN PLLP
1109 FIRST AVENUE, SUITE 501
SEATTLE WA  98101
(206) 501-4446