UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>NIGHTINGALE HEALTHCARE, LLC, a Washington Company d/b/a ARLINGTON HEALTH AND REHABILITATION; and DONALD STALLINGS,<br><br>Defendants. | No. 2-25-cv-00751<br><br>**ORDER GRANTING DEFENDANT-COUNTERCLAIM PLAINTIFF STALLINGS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION RELATED TO DISCOVERY, IF NEEDED**<br><br>**NOTE ON MOTION CALENDAR: July 23, 2026** |
| DONALD STALLINGS,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurer,<br><br>Counterclaim Defendant. | |

The Court GRANTS Defendant/Crossclaim Plaintiff Stallings' unopposed motion to extend the time by which the parties may file motions related to discovery pursuant to the Minute Order Setting Trial Date and Related Dates (Dkt. # 57). Dkt. # 77. The Court ORDERS that the time by which Defendant/Crossclaim Plaintiff Stallings may file motions related to discovery shall be extended from July 23, 2026 to August 6, 2026.

//

//

It is SO ORDERED this 23rd day of July, 2026

JOHN H. CHUN
United States District Judge