UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIGHTINGALE HEALTHCARE LLC, a Washington Company doing business as Arlington Health and Rehabilitation; DONALD STALLINGS,<br><br>Defendants. | CASE NO. 2:25-cv-00751-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Defendants are directed to file a response to the motion for reconsideration at Dkt. # 85 by Monday, October 19, 2026.

(2) The Clerk is directed to re-note the motion for reconsideration at Dkt. # 85 for Monday, October 19, 2026, and to forward a copy of this Order to all counsel of record.

//

//

//

Dated this 13th day of October 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk