UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NIGHTINGALE HEALTHCARE LLC, a Washington Company doing business as Arlington Health and Rehabilitation; DONALD STALLINGS,<br><br>Defendants. | CASE NO. 2:25-cv-00751-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff National Fire & Marine Insurance Company's Motion for Reconsideration of Order Denying its Cross-motion for Partial Summary Judgment. Dkt. # 85. Because the motion does not satisfy LCR 7(h)(1), the Court DENIES it.

Dated this 20th day of October, 2026.

John H. Chun

John H. Chun
United States District Judge